United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Claudia E. Farrat, Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 22-22491-Civ-Scola |
| ) | |
| Kilolo Kijakazi, Acting Commissioner ) | |
| of Social Security, Defendant. | |

### Order Adopting Magistrate Judge's Report And Recommendation

     This case was referred to United States Magistrate Judge Jonathan Goodman for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. (ECF No. 2.) On January 22, 2024, Judge Goodman issued a report, recommending that the Court grant Plaintiff Claudia E. Farrat's summary judgment motion, deny the Commissioner's summary judgment motion, and remand the case pursuant to 42 U.S.C. § 405(g), with instructions to the Administrative Law Judge ("ALJ") to address the supportability prong of 20 C.F.R. § 416.920c(c) in assessing the opinions of Dr. Susan Schlolz-Rubin and Nurse Ernesto Guevara. (ECF No. 23.) The Commissioner has not filed objections to the report, and the time to do so has passed.

     A district court judge must conduct a de novo review of only "those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636. Where no objections are made, a report may be adopted in full without conducting a de novo review, provided no plain error exists. *See id.*; *Menendez v. Naples Cmty. Hosp. Inc.*, No. 2:20-CV-898-SPC-MRM, 2021 U.S. Dist. LEXIS 215317, 2021 WL 5178496, at *1 (M.D. Fla. Nov. 8, 2021) (collecting cases).

     The Court has considered Judge Goodman's report, the record, and the relevant legal authorities. The Court finds Judge Goodman's report and recommendations cogent and compelling. The Court **affirms and adopts** Judge Goodman's report and recommendations. (ECF No. 23.) The Court **grants** Farrat's summary judgment motion (ECF No. 15), **denies** the Commissioner's summary judgment motion (ECF No. 20), and **remands** the case to the ALJ to address the supportability prong of 20 C.F.R. § 416.920c(c) in assessing the opinions of Dr. Schlolz-Rubin and Nurse Guevara. Finally, the Court directs the Clerk to **close** this case. Any pending motions are denied as moot.

**Done and ordered** in Miami, Florida, on March 6, 2024.

                                                                                                               _____
                                                                   Robert N. Scola, Jr.
                                                                   United States District Judge