United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Claudia E. Farrat, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 22-22491-Civ-Scola |
| | ) |
| Kilolo Kijakazi, Acting Commissioner of Social Security, Defendant. | ) |

### Order Adopting Magistrate Judge's Report And Recommendation

This matter comes before the Court on the Plaintiff's unopposed motion for attorneys' fees pursuant to the Equal Access to Justice Act ("EAJA"). (Mot., ECF No. 26.) Plaintiff Claudia E. Farrat ("Farrat") challenged the denial of her social security benefits. Farrat and Defendant Kilolo Kijakazi[1], Commissioner of the Social Security Administration ("Commissioner"), filed cross-motions for summary judgment. (ECF Nos. 15, 20.) The Court granted Farrat's motion for summary judgment and remanded the case to the Administrative Law Judge for further proceedings. (ECF Nos. 23, 24.) Plaintiff then filed the instant motion seeking $7,808.50 in attorneys' fees and $402.00 in costs. (ECF No. 26.)

The case was referred to United States Magistrate Judge Jonathan Goodman for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. (ECF No. 2.) On August 2, 2024, Judge Goodman issued a report, recommending the Court grant in part the Plaintiff's motion and award Plaintiff $6,722.39 in attorneys' fees and $402.00 in costs, "contingent upon a determination by Defendant that Plaintiff owes no qualifying preexisting debt(s) to the Government." (Rep. & Rec., ECF No. 27.) The R&R recommended a reduced fee recovery due to impermissible block billing "because there is no way to determine the amount of time counsel spent on each of the specific tasks mentioned in the block-billed entries." (*Id.* at 7.) The parties were given five days to file written objections to the R&R, but neither party did so. (*Id.* at 9.)

A district court judge must conduct a de novo review of only "those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636. Where no objections are made, a

---

[1] Plaintiff's suit was filed against Kilolo Kijakazi, the Acting Commissioner at the time of filing. Martin J. O'Malley was sworn in as Commissioner of the Social Security Administration on December 20, 2023. Pursuant to Federal Rule of Civil Procedure 25(d), Martin J. O'Malley should be substituted for Kilolo Kijakazi as the suit's Defendant.

report may be adopted in full without conducting a de novo review, provided no plain error exists. *See id.*; *Menendez v. Naples Cmty. Hosp. Inc.*, No. 2:20-CV-898-SPC-MRM, 2021 U.S. Dist. LEXIS 215317, 2021 WL 5178496, at *1 (M.D. Fla. Nov. 8, 2021) (collecting cases).

      The Court has considered Judge Goodman's report, the record, and the relevant legal authorities. The Court finds Judge Goodman's report and recommendations cogent and compelling. The Court **affirms and adopts** Judge Goodman's report and recommendations. (**ECF No. 27**.) The Court **grants in part** Farrat's motion for attorneys' fees and costs and awards Farrat $6,722.39 in attorneys' fees and $402.00 in costs, contingent upon a determination by Defendant that Plaintiff owes no qualifying preexisting debt(s) to the Government. (**ECF No. 26**.)

      **Done and ordered** in Miami, Florida, on August 12, 2024.

_____
Robert N. Scola, Jr.
United States District Judge